# MICHAEL J. MACCO

U.S. Standing Bankruptcy Trustee
2950 Express Drive South
Suite 109
Islandia, New York 11749
http://macco.lawoffice.com
http://www.maccochapter13trustee.com

Telephone (631) 549-7908
Facsimile (631) 549-7845

_____

Peter Corey

June 29, 2022

Clerk of the United States Bankruptcy Court
Alfonse M. D'Amato US Courthouse
290 Federal Plaza
Central Islip, NY 11722-9013

**Re:   Chapter 13 Debtor(s):   Annette Russo - Case No. 8-22-71579-736**

Dear Sir/Madam:

Due to a conflict of interest, it is requested that another person be substituted in my place and stead as Trustee of the above captioned debtor(s).

Please reassign this case to Krista M. Preuss, Trustee.

Thank you.

Very truly yours,

*/s/ Michael J. Macco*
MICHAEL J. MACCO

MJM/jz

cc:   Office of the United States Trustee
       Annette Russo, Debtor(s)
       Cooper J Macco, Esq., Attorney for Debtor(s)